JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 687 -- IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION (NO. II)   Page 1

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/03/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE TO TRANSFER -- Glasstech, Inc., plaintiff -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF OHIO, SUGGESTED TRANSFEREE JUDGE ? (paa) |
| 86/03/31 | | APPEARANCES FOR Ernie L. Brooks, Esq. for Glasstech, Inc., Granger Cook, Jr. for Selas Corp. of America, Armour World Glass Company, & Fulton Glass Industries, Florida Glass & Mirror Company, Inc. & Milgard Manufacturing. |
| 86/04/03 | 2 | RESPONSE MEMORANDUM -- Selas Corp. of America w/exhibits and STATEMENTS from Fulton Glass Industries, Florida Glass and Mirror Co., Armour Worldwide Glass Co.& Milgard Manufacturing Co. w/cert. of svc. (tmq) |
| 86/04/08 | | NOTICE OF APPEARANCE -- Warren R. Peterson, Esq. for Milgard Manufacturing, Inc. (tmq) |
| 86/04/10 | 3 | REPLY -- Glasstech, Inc. w/cert. of svc. (tmq) |
| 86/04/11 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Washington, D.C. on May 16, 1986 (cds) |
| 86/04/30 | 4 | SELAS'S CORP. OF AMERICA SUPPLEMENTAL RESPONSE -- w/cert. of svc (tmq) |
| 86/05/01 | 5 | REPLY, EXHIBIT (to Pldg. #4) -- pltf. Glasstech, Inc. -- w/cert. of service (cds) |
| 86/05/12 | 6 | RESPONSE (to pldg. #5) w/DECLARATION OF JEROME BIENEFELD AND ATTACHMENT -- Selas Corp. -- w/cert. of service (cds) |
| 86/05/14 | 7 | REPLY -- (to pldg. #6) Glasstech, Inc. -- w/cert. of svc. (rh) |
| 86/05/16 | | HEARING APPEARANCES: ERNIE L. BROOKS, ESQ. for Glasstech, Inc.; JOHN R. CORSSAN, ESQ. for Selas Corporation of America, Armour Worldwide Glass Company, Florida Glass Company, Fulton Glass Company, Milgard-Manufacturing. |
| 86/05/22 | | ORDER DENYING TRANSFER -- Notified involved judges, clerksm, counsel and misc. recipients (cds) |

687     IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION (NO II)

| Date | No. | Description |
|---|---|---|
| 86/09/24 | 8 | MOTION FOR RECONSIDERATION -- requesting that litigation be transferred to the N.D. of Illinois w/cert. of svc. (tmq) |
| 86/10/07 |   | AMENDED CERT. OF SERVICE re pldg.#8 (attached to 8) (tmq) |
| 86/10/10 | 9 | RESPONSE (to pldg. #8) -- Selas Corporation -- w/cert. of svc. (tmq) |
| 86/10/17 | 10 | RESPONSE (to pldg. #8) -- Glasstech's -- w/cert. of svc. (tmq) |
| 86/11/25 |   | ORDER DENYING MOTION FOR RECONSIDERATION -- (re: to pldg. #8) -- Notified involved counsel, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 687 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 16, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/22/86 | MC | unp. | | | |

### Special Transferee Information

DATE CLOSED: May 22, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 687 -- IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION (NO. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Glasstech, Inc. v. Armour World Wide Glass Company | Cal.,C. Gadbois | 86-1464 RG (MCX) | | | | |
| A-2 | Glasstech, Inc. v. Milgard Manufacturing | Wash.,W. Tanner | C-86-114T | | | | |
| A-3 | Glasstech, Inc. v. Fulton Glass Industries, et al. | Fla.,S. Aronovitz | 86-0475 | | | | |
| A-4 | Viracon, Inc. v. Selas Corporation of America | Ill.,N. Moran | 83-C-4765 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 687 -- IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION (NO. II)

| | |
|---|---|
| GLASSTECH, INC. (A-1 - A-3)<br>Ernie L. Brooks, Esq.<br>Brooks & Kushman<br>3000 Town Center<br>Suite 2121<br>Southfield, MI 48705<br><br>VIRACON, INC (A-4) no appearance<br>Thomas E. Patterson, Esq.<br>Wildman, Harrold, Allen & Dixon<br>One IBM Plaza, Suite 3000<br>Chicago, Illinois 60611 | SELAS CORPORATION OF AMERICA<br>ARMOUR WORLD WIDE GLASS COMPANY<br>FULTON GLASS INDUSTRIES<br>FLORIDA GLASS & MIRROR COMPANY, INC.<br>~~MILGARD MANUFACTURING~~<br>Granger Cook, Jr., Esq.<br>Cook, Wetzel & Egan, Ltd.<br>135 S. LaSalle St. - Suite 3300<br>Chicago, IL 60603<br><br>MILGARD MANUFACTURING<br>Warren R. Peterson, Esq.<br>2200 First Interstate Plaza<br>PO Box 1157<br>Tacoma, WA 98401 |